IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FREDDIE WEHRMANN | § § | |
| v. | § § | Case No. 6:15-CV-438 |
| SMITH COUNTY, TEXAS | § | |

## VERDICT FORM

LIABILITY

1. Has Plaintiff Wehrmann proved that, but for his age, Defendant Smith County would not have terminated his employment?

   Answer "Yes" or "No."

   __No__

If you answered "No" to Question No. 1, then you are finished. Have the Jury Foreperson sign and date the verdict form in the space provided on the last page of this charge.

If you answered "Yes" to Question No. 1, then answer Question No. 2, and then proceed to the "Damages" section.

2. If you find that Defendant Smith County terminated Plaintiff's employment in violation of the ADEA, was Defendant Smith County's termination willful?

   Answer "Yes" or "No."

   _____

DAMAGES

3. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Wehrmann for the damages, if any, you have found Defendant Smith County's wrongful conduct caused Plaintiff Wehrmann under the ADEA?

   Answer in dollars and cents for the following items, and no others:

   Past wages and benefits from December 6, 2013 to September 21, 2016:

   $ _____

4. If you answered "Yes" to Question No. 2, and found that Defendant Smith County's termination was willful under the ADEA, what sum of money, if paid now in cash, should Plaintiff Wehrmann be awarded?

   Answer in dollars and cents:

   $ _____

CERTIFICATION OF JURY VERDICT