**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **FREDDIE WEHRMAN** § § *Plaintiff,* § § § **CIVIL ACTION NO. 6:15-CV-438** v. § § **SMITH COUNTY, TEXAS** § § *Defendants* § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury verdict delivered on September 21, 2016, the Court hereby enters Final Judgment.

On September 19, 2016, the Court called this case for trial. Plaintiff Freddie Wehrman appeared in person and through his attorneys, and announced ready for trial. Defendant Smith County appeared by and through its attorneys, and announced ready for trial. The Court impaneled and swore in the jury, which heard the evidence and arguments of counsel.

At the close of Defendant Smith County's case-in-chief, the Court held a jury charge conference. The Court found that Plaintiff Wehrman had waived any and all claims of liability against Defendant Smith County under the Texas Commission on Human Rights Act. The Court then submitted to the jury questions and instructions on liability and damages under the Age Discrimination in Employment Act. The jury returned with a unanimous verdict against Plaintiff Wehrman.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that Judgment is rendered in favor of Defendant Smith County, and that the parties take nothing.

All costs are to be borne by the party that incurred them. All relief not specifically granted herein is **DENIED**.  This is a Final Judgment and is appealable.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 22nd day of September, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE